In Nos. 84–3318 and 84–3280 the judgment in favor of Southern will be reversed. In No. 84–3317 the judgment in favor of Johnson will be affirmed.

John Wesley KELLY, Jr., Appellant,

v.

WARDEN, HOUSE OF CORRECTION, Appellee.

No. 82–6301.

United States Court of Appeals, Fourth Circuit.

Argued April 2, 1985.

Decided April 11, 1985.

Larry J. Ritchie, Washington, D.C. (Geltner & Ritchie, Washington, D.C., on brief), for appellant.

Stephanie J. Lane, Asst. Atty. Gen., Baltimore, Md. (Stephen H. Sachs, Atty. Gen., of Maryland, Stephen B. Caplis, Chief, Correctional Litigation, Baltimore, Md., on brief), for appellee.

Before WINTER, Chief Judge, RUSSELL, WIDENER, HALL, PHILLIPS, MURNAGHAN, SPROUSE, ERVIN, CHAPMAN, WILKINSON, SNEEDEN, Circuit Judges, and BUTZNER, Senior Circuit Judge, sitting in banc.

PER CURIAM:

The judgment of the district court, 468 F.Supp. 965, is affirmed by an equally divided court.

AFFIRMED.